# Exhibit B

## ADDENDUM TO FRANCHISE AGREEMENT

This Addendum to the Franchise Agreement shall serve to affirm that DBR Franchising, LLC with an address of 850 Bear Tavern Road, Suite 303, Ewing, New Jersey, 08628 ("Franchisor") and William Basch ("Franchisee") hereby agrees to the following amendment to the Franchise Agreement dated September 1, 2009;

1. Section I. B. - shall be amended as follows:

    "The term of the Franchise Agreement and of the right and franchise granted therein shall be amended to commence on September 1, 2009 and end on November 30, 2015, unless sooner terminated in accordance with the terms of the Franchise Agreement."

    The rest of the provision shall remain unchanged.

2. Upon expiration of this extension, the franchisee's regular and timely payments on the Installment Note dated November 26, 2014 and the franchisee remaining current on all royalty fees due and owing, the franchisee will have an opportunity to sign a then current successor agreement.

4. Notwithstanding anything to the contrary in the Agreement, in the event of a conflict between the provisions of the Franchise Agreement and the provisions of this Addendum, the provisions of this Addendum shall control. The parties agree that the Franchise Agreement remain fully effective in all respects except as specifically modified herein, and all the respective rights and obligations of the Franchisee and Franchisor remain as written unless modified herein.

In Witness Whereof, Franchisee and Franchisor have executed this Addendum on this 4 day of DECEMBER, 2014.

FRANCHISEE:
William Basch

Date: 12/4/14

FRANCHISOR:
DBR FRANCHISING, LLC

By: _____

Title: Pres

Date: 12-8-14