**LeClairRyan**, a Professional Corporation
One Riverfront Plaza
1037 Raymond Boulevard
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, HM Services, LLC d/b/a HouseMaster®

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HM SERVICES, LLC, d/b/a HOUSEMASTER®, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM BASCH, an individual, and DEPENDABLE INSPECTION ENTERPRISES, INC., a New York Corporation, <br><br> Defendants. | Civil Action No. 17-cv-5077(ERK)(VMS) <br><br> **AFFIDAVIT OF SERVICE AS TO DEFENDANT WILLIAM BASCH** |

| | |
|---|---|
| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |

SERVICE OF: **SUMMONS AND VERIFIED COMPLAINT, VERIFICATION, EXHIBITS, CIVIL COVER SHEET, CERTIFICATION**
EFFECTED (1) BY ME: Nodra Ahmed
TITLE: **PROCESS SERVER** DATE: 10/2/17 7:36 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

WILLIAM BASCH

Place where served:

442 BEDFORD AVE., APT. B  BROOKLYN  NY  11249

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Jane Doe - refused name

Relationship to defendant  co-tenant

Description of Person Accepting Service:

SEX: F  AGE: 36-50  HEIGHT: 5'4-5'8  WEIGHT: 131-160  SKIN: white  HAIR: covered  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

Took papers for the defendant - then slammed door in my face once she realized they were legal documents.

**STATEMENT OF SERVER**

TRAVEL $ _____  SERVICES $ _____  TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10/2/2017                                      L.S.

SIGNATURE OF Nodra Ahmed
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

TRACY BETH FREEMAN
Notary Public, State of New York
No. 01FR6222704
Qualified in Nassau County
Commission Expires June 1, 20__

ATTORNEY: DAVID S. CATUOGNO, ESQ.
PLAINTIFF: HM SERVICES, LLC, D/B/A HOUSEMASTER, A DELAWARE LIMITED LIABILITY COMPANY
DEFENDANT: WILLIAM BASCH, AN INDIVIDUAL, ET AL
VENUE: DISTRICT
DOCKET:
COMMENT: 1 17 CV 05077