**LeClairRyan**, a Professional Corporation
One Riverfront Plaza
1037 Raymond Boulevard
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, HM Services, LLC d/b/a HouseMaster®

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HM SERVICES, LLC, d/b/a HOUSEMASTER®, a Delaware Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM BASCH, an individual, and DEPENDABLE INSPECTION ENTERPRISES, INC., a New York Corporation, <br><br> Defendants. | Civil Action No. 17-cv-5077(ERK)(VMS) |

### AFFIDAVIT OF SERVICE

Wendy H. Kane, being duly sworn, deposes and says:

1.  I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by LeClairRyan, a Professional Corporation, having offices located at One Riverside Plaza, 1037 Raymond Boulevard, Sixteenth Floor, Newark, New Jersey 07102.

2.  On October 23, 2017, I caused to be served a true and correct copy of following documents upon the parties listed on the annexed service list by the means indicated thereon:

    • Proposed Order to Show Cause;

    • Certification of David S. Catuogno; and

    • Memorandum of Law in Support of Request of HM Services, LLC d/b/a Housemasters® for a Preliminary Injunction.

    /s/ Wendy H. Kane  
    Wendy H. Kane

Sworn to before me this  
24th day of October, 2017

/s/ C. Carol Caravassi  
Notary Public, State of New Jersey  
 No. 2274851  
Commission Expires May 2, 2018

**<u>Service List</u>**

**<u>By Federal Express and Email</u>:**

William Basch
Dependable Inspection Enterprises, Inc.
442 Bedford Avenue, Apt. B
Brooklyn, NY 11249
Email: <u>info@masterinspectionservices.com</u>