

October 31, 2017

**_VIA ECF FILING_**
Honorable Vera M. Scanlon
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **RE:**    **HM Services, LLC d/b/a HouseMaster® v. William Basch, et al.
                Civil Action No. 1:17-cv-05077-ERK-VMS**

Dear Judge Scanlon:

    We represent plaintiff, HM Services, LLC d/b/a HouseMaster® ("HouseMaster"), in the above matter. We write to advise the Court that we have been contacted by defense counsel and are attempting to resolve this matter amicably. As such, we respectfully request a brief one-week adjournment of the November 2, 2017 status conference.

    We thank You Honor for considering this request.

                                                   Respectfully submitted

                                                 David S. Catuogno

DSC/JCM/bap

cc:    Frank Mazzeo, Esq. – via email (fmazzeo@ryderlu.com)

E-mail:david.catuogno@leclairryan.com
Direct Phone: (973) 491-3368
Direct Fax: (973) 491-3555

1037 Raymond Boulevard, Sixteenth Floor
Newark, New Jersey 07102
Joseph P. Paranac, Jr., Attorney In Charge
Phone: (973) 491-3570 \ Fax: (973) 491-3555

CALIFORNIA \ COLORADO \ CONNECTICUT \ DELAWARE \ GEORGIA \ MARYLAND \ MASSACHUSETTS \ MICHIGAN \ NEVADA \ NEW JERSEY
NEW YORK \ PENNSYLVANIA \ RHODE ISLAND \ TEXAS \ VIRGINIA \ WASHINGTON, D.C. \ FLORIDA \ ILLINOIS

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM