**EXHIBIT A**

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ **JAN 3 1 2018** ★

**BROOKLYN OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HM SERVICES, LLC, d/b/a HOUSEMASTER®, a Delaware Limited Liability Company, | : |
| Plaintiff, | : |
| v. | : |
| WILLIAM BASCH, an individual, and DEPENDABLE INSPECTION ENTERPRISES, INC., a New York Corporation, | : |
| Defendants. | : |

Civil Action No. 17-cv-5077(ERK)(VMS)

**STIPULATION AND**
**ORDER OF DISMISSAL**

The matter in difference in the above-entitled action having been amicably adjusted by and between plaintiff, HM Services, LLC d/b/a HouseMaster®, and defendants, William Basch and Dependable Inspection Enterprises, Inc. (collectively, the "defendants"), it is hereby stipulated and ordered that the Verified Complaint be and the same is hereby dismissed without prejudice and without costs as to defendants.

It is further stipulated and ordered that the terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the agreement to enforce its terms.

**LeClairRyan**
Attorneys for Plaintiff,
HM Services, LLC d/b/a HouseMaster®

By: _____
Joseph C. Megariotis
Date: _____

So ordered on this **24** day of _____**Jan**_____, 2018.

s/ ERK
_____
**HON. EDWARD R. KORMAN, U.S.D.J.**